# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY SCOTT HENRY,<br><br>Defendant. | CR-11-24-GF-BMM<br><br><br>**AMENDED Order on Defendant's Motion For Temporary Release From Custody** |

Defendant Gregory Scott Henry filed a motion for temporary release from custody to visit his Aunt, Helen Wells, who is currently at Northern Montana Healthcare, Bear Paw Hospice program in Havre, Montana. Henry has been advised that his Aunt has less than one year to live. The United States opposed the motion.

**IT IS ORDERED** that Henry's Motion for Temporary Release from Custody (Doc. 76) is **GRANTED**. Henry shall be granted temporary release from custody to visit his Aunt, Helen Wells at Northern Montana Healthcare, Bear Paw Hospice program in Havre, Montana.

1

**It IS FURTHER ORDERED** that Henry's Mother, Linda Henry, shall transport Mr. Henry from the Cascade County Regional Detention Facility at 1:00 p.m. on Friday, April 5, 2019. Linda Henry shall transport Mr. Henry back to Cascade County Regional Detention Facility no later than **12:00 p.m. on Monday, April 8, 2019.**

DATED this 2nd day of April, 2019.

Brian Morris
United States District Court Judge