IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 11-24-GF-BMM-JTJ |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| GREGORY SCOTT HENRY, | |
| Defendant. | |

The Court conducted a revocation hearing in this case on March 17, 2020. The Court issued its Findings and Recommendations on March 18, 2020. (Doc. 85). The Court recommended that Defendant Gregory Henry (Henry) serve the first 90 days of supervised release at the Montana Chemical Dependency Center (MCDC) in Butte, Montana, and that Henry serve the next 6 months of supervised release at the Crystal Creek Lodge Treatment Center in Browning, Montana.

Henry has moved to amend the Court's Findings and Recommendations. Henry argues that the substance abuse treatment program described in the Findings and Recommendations must be modified because the United States Probation Office has informed him that his placement at MCDC and at Crystal

Creek Lodge Treatment Center is not possible. The parties and the United States Probation Office have proposed an alternative substance abuse treatment program. The proposed program is acceptable to the Court.

Accordingly, IT IS HEREBY ORDERED:

1. Henry's Unopposed Motion to Amend Findings and Recommendations (Doc. 86) is GRANTED.

2. The Findings and Recommendations issued by the Court on March 18, 2020, shall be amended to read as follows:

> Henry should be required to attend and successfully complete an inpatient substance abuse treatment program while on supervised release. Henry should be required to apply for acceptance into a sober living program upon his completion of the inpatient substance abuse treatment program. If accepted, Henry should be required to successfully complete the sober living program and abide by all rules and regulations of the sober living facility.

DATED this 26th day of March, 2020.

John Johnston
United States Magistrate Judge