THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>GREGORY SCOTT HENRY,<br><br>　　　　　　　　Defendant. | CR-11-24-GF-BMM<br><br>**ORDER** |

　　　　Defendant Gregory Scott Henry has moved for early termination of his current term of probation. (Doc. 97). The Government objects to this motion. The Court conducted a hearing on the motion on November 29, 2021. For the reasons below, the Court grants Henry's motion.

　　　　Henry pleaded guilty to distribution of methamphetamine. (Doc. 19). The Court sentenced Henry to 86 months of imprisonment, with four years of supervised release. (Doc. 34). The Court later reduced Henry's term of

imprisonment to 71 months in response to a motion to reduce sentence pursuant to 18 U.S.C. § 3852. (Doc. 37). The Court revoked Henry's supervised release three times, in January 2017, April 2019, and March 2020, at which time his supervision term was reset and extended. (Doc. 101 at 2).

Henry's current 28-month term of supervision began on September 3, 2020. He has remained sober, attained full-time employment, and complied with the conditions of his supervision during that time. (Doc. 98).

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Henry's supervised release. Henry has struggled with supervision in the past, but he has completed substance abuse treatment and appears dedicated to his sobriety, according to his probation officer. (Doc. 98 at 4). There is no indication in the record that Henry has violated or had any problems with his supervision since beginning his current term of supervision on September 3, 2020. (Doc. 98 at 4). These successes, in conjunction with Henry's compliance with the terms of his supervision, demonstrate that termination of supervision is warranted.

Accordingly, **IT IS HEREBY ORDERED** that Henry's Motion for Early Termination of Supervised Release (Doc. 97) is **GRANTED**.

DATED this 1st day of March, 2022.

_____
Brian Morris, Chief District Judge
United States District Court